FILED
U.S. DISTRICT COURT

2005 OCT -5 P 3: 59

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

KEVIN V. OLSEN (Bar No. 4105)
Assistant Attorney General
MARK L. SHURTLEFF #4666
Attorney General
Attorneys for Plaintiffs/Appellants
160 East 300 South, 5th Floor
P.O. Box 140853
Salt Lake City, Utah 84114-0853
Telephone: (801) 366-0547

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STATE OF UTAH, CAMILLE ANTHONY, in her official capacity as Executive Director of the Utah Department of Administrative Services, and GWEN ANDERSON, in her official capacity as Director of the Office of State Debt Collection,<br><br>　　　　Appellants/Plaintiffs,<br><br>vs.<br><br>JASON DEREK TROFF, an individual,<br><br>　　　　Appellee/Defendant. | Bankruptcy Case No. 03-21840<br>Adversary Proceeding No. 04-02491<br><br><br><br>District Case No. 2:05cv382 BSJ<br><br>Judge Bruce S. Jenkins |

## SUPPLEMENT TO APPELLANTS' BRIEF

At the Court's request and with no objection from the Appellee, the State of Utah

submits by attaching hereto a certified copy of the Judgement, Sentence (Commitment) entered

against Appellee on August 25, 1997 by the Honorable Tyrone E. Medley, District Judge of the

Third Judicial District for Salt Lake County, State of Utah.

        Dated this 6th day of June, 2005.

                               MARK L. SHURTLEFF
                               Utah Attorney General

                               KEVIN V. OLSEN
                               Assistant Attorney General
                               Attorneys for Defendants/Appellants

## MAILING CERTIFICATE

        I hereby certify that on the 6th day of June, 2005, a true and correct copy of the foregoing Supplement to Appellants' Brief with attachment was hand-delivered to:

    R. Mont McDowell
    Michael F. Thomson
    McDOWELL & GILLMAN, P.C.
    Twelfth Floor
    50 West Broadway
    Salt Lake City, Utah  84101

IN THE THIRD JUDICIAL DISTRICT COURT
IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

THE STATE OF UTAH

Plaintiff,

vs.

TROFF, JASON DEREK

(Diagnostic Unit U.S.P.)

Defendant

JUDGEMENT, SENTENCE
(COMMITMENT)

| | |
|---|---|
| Case No. | 971900425 |
| Court No. | |
| Honorable | Tyrone E. Medley |
| Clerk | Susan Hensley |
| Reporter | Dorothy Tripp |
| Bailiff | Gus Chin |
| Date | August 25, 1997 |

☐ The motion of _____ to enter a judgement of conviction for the next lower category of offense and impose sentence accordingly in ☐ granted ☐ denied. There being no legal or other reason why sentence should not be imposed, and defendant having been convicted by ☐ a jury; ☐ the court, ☒ plea of guilty; ☐ plea of no contest; of the offense of **criminal offenses - arson** , a felony of the **2nd** degree, ☐ a class ____ misdemeanor, being now present in court and ready for sentence and represented by **D. Maddox** , and the State being represented by **E. Jones** now adjudged guilty of the above offense, is now sentenced to a term in the Utah State Prison.

2217374
8-7-97
8.15 am

☐ to a maximum mandatory term of _____ years and which may be life:

☐ not to exceed five years:

☒ of not less than one year nor more than fifteen years:

☐ of not less than five years and which may be for life:

☐ not to exceed _____ years:

☐ and ordered to pay a fine in the amount of $ _____

☒ and ordered to pay restitution in the amount of $ _____ to **$239,969 to be paid**
**jointly and severally**

☐ such sentence is to run concurrently with _____

☐ such sentence is to run consecutively with _____

☐ upon motion of ☐ State. ☐ Defense. ☐ Court. Court(s) _____ are hereby dismissed.

☐ _____

☒ Defendant is granted a stay of above ( ☒ prison ) sentence and placed on probation in the custody of this Court and under the supervision of the Chief Agent. Utah State Department of Adult Parole for the period of **36 months** , pursuant to the attached conditions of probation.

☐ Defendant is remanded into the custody of the Sheriff of Salt Lake County ☐ for delivery to the Utah State Prison, Draper Utah, or ☐ for delivery to the Salt Lake County Jail, where defendant shall be confined and imprisoned in accordance with this Judgment and Commitment

☐ Commitment shall issue

DATED this 25 day of August 19 97

_____
DISTRICT COURT JUDGE

APPROVED AS TO FORM

_____
Defense Counsel

_____
Deputy County Attorney

Page 1 2

I CERTIFY THAT THIS IS A TRUE COPY OF AN ORIGINAL DOCUMENT ON FILE IN THE THIRD DISTRICT COURT, SALT LAKE COUNTY, STATE OF UTAH

_____
DEPUTY COURT CLERK

971900425

Judgment State v    TROFF, JASON DEREK     CR    Honorable   Tyrone E. Medley

## CONDITIONS OF PROBATION

[ ] Usual and ordinary conditions required by the Dept. of Adult Probation & Parole
[X] Serve   one year - to be given no credit for time served
   in the Salt Lake County Jail commencing
[ ] Pay a fine in the amount of $   at a rate to be determined by the Department of Adult Probation and
   Parole; or [ ] at the rate of
[X] Pay restitution in the amount of $ 239,969 in an amount to be determined by the Department of Adult
   Probation and Parole [ ] at a rate of   or [X] at a rate to be determined by
   the Department of Adult Probation and Parole
[X] Enter, participate in, and complete any   mental health   program, counseling, or treatment as
   directed by the Department of Adult Probation and Parole
[ ] Enter, participate in, and complete the   program at
[X] Participate in and complete any [ ] educational, and/or [X] vocational training   as directed by the
   Department of Adult Probation and Parole; or [ ] with
[ ] Participate in and complete any   training   as directed by the Department of Adult
   Probation and Parole; or [ ] with
[X] Submit person, residence, and vehicle to search and seizure for the detection of drugs
[X] Submit to drug testing
[X] Not associate with anyone who illegally uses, sells, or otherwise distributes narcotics or drugs
[X] Not frequent any place where drugs are used, sold, or otherwise distributed illegally
[X] Not use or possess non-prescribed controlled substances
[X] Refrain from the use of alcoholic beverages
[X] Submit to testing for alcohol use
[ ] Take antabuse   as directed by the Department of Adult Probation and Parole
[ ] Obtain and maintain full-time employment
[ ] Maintain full-time employment
[ ] Obtain and maintain full-time employment or full-time schooling
[ ] Maintain full-time employment or obtain and maintain full-time schooling
[ ] Defendant is to have no contact nor associate with
[ ] Defendant's probation may be transferred to   under the Interstate Compact as approved
   by the Department of Adult Probation and Parole
[X] Complete 500 hours of community service restitution as directed by the Department of Adult Probation
   and Parole   within 12 months of release of jail.
[ ] Complete   hours of community service restitution in lieu of   days in jail
[X] Defendant is to commit no crimes
[ ] Defendant is ordered to appear before this Court on   for a review of this sentence.
[X] Defendant to be supervised by I.S.P. with electronic monitoring
[X] Defendant to attend cognitive restructuring classes and time management.
[X] Defendant to report to Day Reporting Center
[X] Defendant is not to associate with known gang members
[X] Court imposes special conditions of probation for gangs

DATED this 25 day of August 19 97

DISTRICT COURT JUDGE

Page 2 of 2

SPECIAL CONDITIONS of PROBATION for GANGS

1. The defendant shall not associate with any known gang member, specifically individuals affiliated with the _____ gang(s) _____ designated by my probation officer. *Straight Edge, Vegans,* ___ gang(s) _____ *A.Z.F.*

2. The defendant shall not wear, display, use, or possess any insignias, emblems, belt buckles, jewelry, caps hats, jackets, or shoes/shoe laces which are associated with a specific gang(s), any scarves/bandanas, shirts inscribed "In Memory of" a deceased or incarcerated gang member, or other articles of clothing modified to represent a particular gang(s);

3. The defendant shall not display any gang signs, gestures, or any posturing associated with a specific gang(s);

4. The defendant shall not have in his possession any written materials, documents or photographs which give evidence of gang involvement or activity, such as membership or enemy lists, articles which contain or have upon them gang-associated graffiti, drawings or lettering, photographs or newspaper clippings of gang members, gang crimes or activities including obituaries, or photographs of himself in gang clothing, demonstrating hand signs or holding weapons;

5. The defendant shall not have in his possession or under his control army paint, spray can tips, large marking pens, or other items commonly used to create graffiti, or "tagger" magazines;

6. The defendant shall not frequent places where known gang members congregate, or locations specifically delineated by his probation officer (i.e.: dance clubs);

7. The defendant shall not appear in court, or at a courts building, unless a party to proceedings in that court;

8. The defendant shall not visit or frequent any school ground, unless he is a student registered at that school and present during appropriate class hours;

9. The defendant shall not be an occupant in any stolen vehicle, or vehicle he should have known was stolen;

10. The defendant shall not have in his possession, in his custody, under his control, in a vehicle in which he is a passenger, or on the premises where he resides, any firearm or replica thereof, ammunition, or dangerous weapon (any item which, in the manner of its use or intended use is capable of causing death or serious bodily injury); further, Not associate with, or be in the company of, any individual who has firearms or dangerous weapons in their possession or under their control: *any incendiary device or materials including mater... or fireworks*

11. The defendant shall not be involved in activities in which, or frequent places at which, firearms or dangerous weapons are used, legally or otherwise, including but not limited to hunting or target shooting;

12. The defendant shall not be in possession of any beeper or paging device, except in the course of lawful employment;

13. The defendant shall obtain, and carry on his person at all times, a valid Utah Driver License, Utah Identification Card or other approved photo identification;

14. If/when contacted by law enforcement, the defendant shall provide his true name, place of residence (street address, not PO Box), and date of birth, and inform the officer(s) of his probation status; he shall report such contact to his probation officer within 48 hours, including the date and nature of the contact, the law enforcement agency and any potential charges;

15. The defendant shall be at his residence of record between the hours specified by his probation officer (example: 8:00 p.m. to 6:00 a.m.), unless otherwise authorized, i.e. for verified employment or education;

16. The defendant shall earn a GED and/or high school diploma or, complete vocational training or an apprentice program, as directed by his probation officer;

17. The defendant shall complete ~~200~~ *500* hours of community service removing graffiti, or as otherwise directed by his probation officer;

18. The defendant shall enter into, participate in and complete treatment, counseling or therapy as directed by his probation officer.

Judge Tyrone E. Medley

Aug. 25, 1997.