UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
OFFICE OF THE CLERK

FILED
U.S. DISTRICT COURT

2007 APR 23  P 2: 54

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

### RECEIPT FOR RETURN OF RECORD ON APPEAL

DISTRICT COURT CASE NO. 2:05cv382 BSJ

BANKRUPTCY COURT CASE NO. 03-23266

CASE NAME:     St UT

vs.

Troff et al

Received from D. Mark Jones, Clerk, the Record on Appeal for the above-cited bankruptcy case consisting of :

One Original Transcript dated 3/4/05

_4/23/07_
DATE

_Wind Coates_
SIGNATURE

_Appeal Clerk_
TITLE

Please date, sign and return to:

Office of the Clerk
ATTN: Docketing Section
U.S. District Court

DU23
10/88